THE BRIGHAM AND WOMEN'S HOSPITAL, INC. and Amgen, Inc., Plaintiffs–Appellees,

and

NPS PHARMACEUTICALS, INC., Plaintiff–Appellee,

v.

Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Barr Laboratories, Defendants–Appellants.

No. 2011–1217.

United States Court of Appeals, Federal Circuit.

April 20, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Milton ADLER, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7081.

United States Court of Appeals, Federal Circuit.

May 12, 2011.

Milton Adler, Cherry Hill, NJ, pro se.

L. Misha Preheim, Department of Justice, David J. Barrans, Lara K. Eilhardt, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.